RICARDO L. GUILBE-SANCHEZ
BOP. # 14483-069
U.S. PENITENTIARY-ATLANTA
P.O. BOX 15160
ATLANTA, GEORGIA   30315

Pro se

RECEIVED AND FILED
2005 FEB 15 PM 1:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

vs.

RICHARDO L. GUILBE-SANCHEZ,
Defendant/Petitioner.

CASE NO. 97-052(DRD)

RENEWAL OF MOTION FOR
DETERMINATION OF STATUS OF
28 USC §2255 MOTION

COMES NOW, Defendant RICHARDO L. GUILBE-SANCHEZ, hereby moves the Court for a determination of "status" of §2255 motion, which has been pending since August 16, 2002. As of the date of this motion the petitioner has not heard nothing from the court concerning the §2255 motion. The motion has now been pending over 30 months and the petitioner respectfully moves this Court to notify him of the "status" of said motion.

For the above reasons, the petitioner requests that the Court rule on this motion, in light of the pleadings pending before the Court since August 16, 2002.

DATED: February 8, 2005

Respectfully submitted

*[signature]*
RICHARDO L. GUILBE-SANCHEZ

-1-

CERTIFICATE OF SERVICE

I certify that I have caused a copy of this Motion to be served by First Class Mail On this date __8__ of February, 2005, to

U.S. DEPARTMENT OF JUSTICE
U.S. Attorney Office
Federico Degetau Federal Building
Room 452.
150 Carlos Chardon Avenue
Hato, Rey, Puerto, Rico 00918

*[signature]*
RICARDO GUILBE-SANCHEZ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 97-052(DRD) |
| Plaintiff, | |
| v. | |
| RICARDO GUILBE-SANCHEZ, | |
| Defendant. | |

## ORDER

Co-defendant Ricardo Guilbe-Sánchez has filed an obviously out dated petition under 28 U.S.C. 2255.

Co-defendant Guilbe-Sánchez alleges at § 3 and § 4 of the petition that he never received notice from counsel Gustavo Adolfo del Toro on the results of an appeal or on the results of a Motion for New Trial until March 4, 2002.

The court directs attorney Gustavo Adolfo del Toro to address within the **next ten (10) days** the averments expressed at § 3 and § 4. A copy of the petition and the supplementary motions are to be provided to counsel Del Toro.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 26 day of June 2002.

DANIEL R. DOMINGUEZ
U. S. DISTRICT JUDGE