M.R. Ricardo L. Guilbe Sanchez
U.S.M.S. Register No. 14483-069
U.S. Penitentiary
P.O. Box 150160
Atlanta Georgia, 30315

March, 17, 2005

United States District Court
Clerk's office
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

RECEIVED AND FILED
2005 MAR 22 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Re: Docket sheet of U.S. V Torres Galindo, et al, and Guilbe Sanchez Criminal No. 97-052 (DRD) Financial Affidavit. CJA 23 Forms And AO 240 Forms.

Dear Sir/Madam,

This brief correspondence is made on behalf of M.R. Guilbe Sanchez, a defendant in the matter of U.S. V Torres Galindo - et al, Criminal No. 97-052 (DRD) filed before this honorable district court of competent jurisdiction.

(1)

The defendant (Ricardo L. Guilbe Sanchez) which will be referred to hereinafter wards as the (Defendant), wishes to acquire a complete copy of the case docket-sheet to Criminal No. 97-052 (DRD) so that documents entered therein, may be obtained and this office provide the following; Financial Affidavit - CJA 23 and AO 240 forms because of the defendants currents inability to meet to poverty line of the United States Department of Labor and The Bureau of Census.

As already noted, This correspondence is on behalf of the defendant because and due to the inability to read and write in the english language. Please enclose all future correspondence in an official manilla business envelope with the following markings, Special Mail: Open in the presence of inmate only. Per. 28 C.F.R. § 540.18, which are the procedures and policy for handling legal and Special Mail in institutions.

Thank you for your understanding and immediate cooperation in assisting the defendant.

Sincerely, Ricardo L. Guilbe Sánchez

2