Ricardo L. Guilbe Sanchez
B.O.P. 14483-069
Federal Correctional Complex - USP-2
P.O. Box 1034 Coleman, FL. 33521   (1)

Pro-Se

United States District Court
for The District of Puerto Rico

United States of America
v.s.
Ricardo L. Guilbe Sanchez
Defendant / Petitioner

Case No. 97-052(DRD)

Request of Motion for Determination of Status of 28 USC §2255 Motion

Comes now, Defendant Ricardo L. Guilbe Sanchez, hereby moves the Court for a determination of status of §2255 petitioner motion, which has been pending since Oct 16-2002. As of the date of this motion, the petitioner has not heard nothing from the Court concerning the Petition of §2255.

The Motion has now been pending over 41 months and the Petitioner respectfully moves this Court to notify him of the "status" of said motion.

For the above reasons, the Petitioner requests that the Court rule on this motion, in light of the pleadings pending before the Court since Oct 16 - 2002.

1-1 (O.P)

Date: April 25, 2006

Respectfully Submitted

Ricardo L. Guilbe Sanche

Ricardo L. Guilbe Sanchez
#14483-069 #
Unidad I1
Federal Correccional Complex
USP-2
P.O. Box 1034 - Coleman
Florida, 33521-

1-2 (2Pg)