

RICARDO L. GUILBE-SANCHEZ
BOP. # 14483-069
FEDERAL CORRECTION COMPLEX_II
PO BOX 1034
COLEMAN, FLORDIA 33521-0879

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,        CASE NO. 97-052 (DRD)
v.                               **NOTICE OF CHANGE OF ADDRESS**
RICHARDO L. GUILBE-SANCHEZ.   /

COMES NOW, RICHARDO L. GUILBE-SANCHEZ, HEREBY GIVES NOTICE TO THE CLERK OF COURT, OF HIS NEW ADDRESS "FEDERAL CORRECTION COMPLEX-IIm PO BOX 1034, COLEMAN, FL 33521-0879 WITH RESPECT TO HIS 28 USC §2255 MOTION WHICH IS STILL PENDING AS OF THE DATED OF THIS NOTICE. AS SUCH, THE COURT SHOULD TAKE NOTICE OF THE NEW ADDRESS. THANK YOU.

DATED: MAY 24, 2006            RESPECTFULLY SUBMITTED

                               *Ricardo Guilbe Sanchez*
                               RICHARDO L. GUILBE-SANCHEZ

CC: file