Ricardo
#14983-004
Federal Correctional Complex
P.O. Box 1034
Coleman, Florida 33521-

Legal Mail

RECEIVED AND FILED
2007 DEC -7 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT C...
SAN JUAN, P.R.

To Clerk's office
United States District
Room 150 Federal Bldg
San Juan P.R. 00918

PM DEC 3 2007